UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CARLOS ENRIQUE FIGUEROA-OSPINA                               PETITIONER

V.                                CIVIL ACTION NO. 3:24-CV-462-KHJ-MTP

WARDEN SHANNON D. WITHERS                                    RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 31st day of January, 2025.

                                            s/ *Kristi H. Johnson*
                                            UNITED STATES DISTRICT JUDGE